# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH GOODLY, on behalf of himself and other persons similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CHECK-6 INC., YAREMA SOS, BRIAN BRURUD, DENNIS ROMANO, S. ERIC BENSON, LAURA OWEN, and JOHN DILLON, )<br><br>Defendants. ) | Case No. 16-CV-334-GKF-JFJ |

## OPINION AND ORDER

The *Motion to Allow Plaintiff, Joseph Goodly, to Represent All Plaintiffs and to be Present by Phone for December 19, 2017 Settlement Conference,* [Dkt. 166], is before the court for decision. Defendants have filed a response objecting to the motion. [Dkt. 173]. After consideration, Plaintiff's motion is GRANTED in part and DENIED in part as follows:

- Named Plaintiff, Joseph Goodly, is required to personally attend the Settlement Conference;

- Any opt-in Plaintiff who does not reside in the United States is excused from the Settlement Conference;

- All remaining opt-in Plaintiffs are required to be available by telephone during the Settlement Conference.

SO ORDERED this 7th day of December, 2017.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE